James Andrew TAYLOR *v.* STATE of Arkansas

CR 01–215                                                                    39 S.W.3d 766

Supreme Court of Arkansas
Opinion delivered March 15, 2001

*David Mark Gunter,* for appellant.

No response.

PER CURIAM. Petitioner, James Andrew Taylor, by his attorney, David Mark Gunter, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State,* 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this per curiam will be forwarded to the Committee on Professional Conduct.